UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Robert A. Heghmann

    v.                              Case No. 06-fp-003

Paul J. Mcguire, et al.


### ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS


Plaintiff's request to proceed in forma pauperis is hereby DENIED.  The Financial Declaration supporting the in forma pauperis request reflects a gross joint marital income of approximately $60,000 annually and monthly rent of $1,800. Plaintiff's financial position does not justify a determination of indigency.

Plaintiff must pay the filing fee of $250 before summonses will issue in this case.

**SO ORDERED.**


United States District Judge

Date: January 9, 2006

cc: Robert A. Heghmann