UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert Heghmann</u>

        v.                                     Case No. 06-cv-03-PB

<u>Paul Maguire, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 23, 2006.

SO ORDERED.

June 21, 2006                                         <u>/s/ Paul Barbadoro</u>
                                                          Paul Barbadoro
                                                          United States District Judge

cc:    Robert Heghmann