UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert A. Heghmann</u>

        v.                  Civil No. 06-cv-3-PB

<u>Paul J. Maguire, et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 26, 2006.

SO ORDERED.

August 9, 2006                  /s/ Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge

cc:    Robert A. Heghmann, pro se